FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR2476-JAH |
| Plaintiff, | **INFORMATION** |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| RAUL SANCHEZ, JR. (1), DIANA MAGALI VARGAS-TAPIA (2), | (Felony) |
| Defendants. | |

The United States Attorney charges:

On or about June 26, 2008, within the Southern District of California, defendants RAUL SANCHEZ, JR. and DIANA MAGALI VARGAS-TAPIA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 12.48 kilograms (27.45 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 24, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
7/23/08