AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ DISTRICT OF _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Diana Magali Vargas Tapia

CASE NUMBER: 08CR2476-JAH

I, _Diana M. Vargas Tapia_, the above named defendant, who is accused of

_18 USC 952, 960 Importation of a controlled Substance_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _7/24/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

_Diana Magali Vargas T._
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer